**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Jessica Lamberson, | : |
| | : Civil Action No.: 1:19-cv-02244-ADC |
| Plaintiff, | : |
| v. | : |
| Harris & Harris, Ltd.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## **STIPULATION OF DISMISSAL**

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety, on the merits and with prejudice and without costs to any party.

| | |
|---|---|
| Jessica Lamberson | Harris & Harris, Ltd. |
| /s/ Sergei Lemberg | /s/ Brandon Stein |
| Sergei Lemberg, Esq. | Brandon Stein, Esq. (*pro hac vice*) |
| Lemberg Law, LLC | Hinshaw & Culbertson LLP |
| 43 Danbury Road, Third Floor | 151 North Franklin Street, Suite 2500 |
| Wilton, CT 06897 | Chicago, IL 60606 |
| Telephone: (203) 653-2250 | Telephone: (312) 704-3720 |
| Facsimile: (203) 653-3424 | Facsimile: (312) 704-3001 |
| Email: slemberg@lemberglaw.com | Email: bstein@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 3, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                  By_/s/ Sergei Lemberg_
                    Sergei Lemberg, Esq.