# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### NORTHERN DIVISION

Jessica Lamberson,

    Plaintiff,

v.

Harris & Harris, Ltd.; and DOES 1-10, inclusive,

    Defendant.

Civil Action No.: 1:19-cv-02244-ADC

Approved -

_____ 2/3/20
A. David Copperthite
United States Magistrate Judge

## STIPULATION OF DISMISSAL

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety, on the merits and with prejudice and without costs to any party.


Jessica Lamberson

 /s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
Lemberg Law, LLC
43 Danbury Road, Third Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
Attorney for Plaintiff

Harris & Harris, Ltd.

 /s/ Brandon Stein_____

Brandon Stein, Esq. (*pro hac vice*)
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3720
Facsimile: (312) 704-3001
Email: bstein@hinshawlaw.com
Attorney for Defendant